# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 10, 2026

Lyle W. Cayce
Clerk

————————

No. 25-20061
Summary Calendar

————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Cedric Tyrone Walker,

*Defendant—Appellant*.

—————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CR-42-1

—————————————————————

Before Smith, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:[*]

A jury convicted Cedric Walker of assaulting a federal officer and inflicting bodily injury under 18 U.S.C. § 111(a)(1) and (b). He was sentenced to 97 months of imprisonment and three years of supervised release. He appeals his sentence, contending that the district court committed a significant procedural error by selecting the applicable guideline provision, and determining the sentence, based on a mistaken assumption about the findings

————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-20061

in the presentence report ("PSR").

The district court adopted the PSR's guidelines calculations and factual findings, applied the same guideline provision as in the PSR, and found that the trial evidence supported the PSR's application of U.S.S.G. § 2A2.2 to the facts. The determination that Walker caused the officer's injuries is plausible based on the record. *See United States v. Williams*, 520 F.3d 414, 422 (5th Cir. 2008). In sum, we hold that the district court did not commit a significant procedural error, so we do not reach the parties' arguments on harmlessness. *See United States v. Longoria*, 958 F.3d 372, 375 n.1 (5th Cir. 2020).

Accordingly, the judgment is AFFIRMED.